UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cigars International, Inc.<br><br>    Plaintiff<br><br>v.<br><br>New Global Marketing, Inc.<br><br>    Defendant. | Civil Action No.: 5:08-cv-05927 (TMG) |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cigars International, Inc. hereby gives notice that this Civil Action is dismissed without prejudice. Each party shall bear its own costs, including attorneys' fees.

Dated: June 30, 2009.

                                          **BLANK ROME LLP**

                                          By: _____
                                          TIMOTHY D. PECSENYE
                                          DENNIS P. McCOOE
                                          One Logan Square
                                          Philadelphia, PA 19103-6998
                                          Tel.: (215) 569-5500
                                          Fax: (215) 832-5580
                                          Counsel for Cigars International, Inc.